IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| TANIA ZUBACK, | ) | |
|---|---|---|
| | ) | Case No. 1:20-cv-319 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| FEDEX GROUND PACKAGE SYSTEM, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Tania Zuback and Defendant FedEx Ground Package System, Inc., by and through counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint are dismissed with prejudice.

RESPECTFULLY SUBMITTED,

| /s/ Joseph P. Shelton | /s/ Frank Pinchak |
|---|---|
| Joseph P. Shelton (TN Bar No. 037426) | Frank Pinchak, BPR No. 02094 |
| **FISHER & PHILLIPS LLP** | 711 Cherry Street |
| 3310 West End Avenue, Suite 500 | Chattanooga, TN 37402 |
| Nashville, TN 37203 | Tel: (423) 266-2121 |
| Telephone: (615) 488-2901 | Fax: (423) 266-3324 |
| Facsimile: (615) 488-2928 | Email: fpinchak@bdplawfirm.com |
| Email: jshelton@fisherphillips.com | Counsel for Plaintiff |
| Counsel for Defendant | |